# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 22-50035

**Case Name** United States v. Arlan Harrell

**Hearing Location** (*city*) Pasadena, CA

**Your Name** Elana Shavit Artson

List the sitting dates for the three sitting months you were asked to review:

April 10-14 and 17-21, 2023; May 8-12, 2023; June 5-9 and 12-16, 2023

Do you have an unresolvable conflict on any of the above dates?  ● Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

April 12 and 13, 2023 due to the Jewish holiday of Passover

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Elana Shavit Artson  **Date** Dec. 9, 2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**  *New 12/01/2018*