**FILED**

DEC 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ARLAN WESLEY HARRELL, AKA Fritters, AKA Kronos, AKA Soole, AKA The Dread King, <br><br> Defendant-Appellant. | No. 22-50035 <br><br> D.C. No. 2:17-cr-00404-AB-1 Central District of California, Los Angeles <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 32) to file under seal the motion to seal and the reply brief is granted. *See* 9th Cir. R. 27-13.

The Clerk will file under seal the motion to seal (Docket Entry No. 32-1) and the reply brief (Docket Entry No. 32-2).

Briefing is complete.